# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| BERTHOLD L.L.C., <br> BERTHOLD TYPES LTD, and <br> BERTHOLD DIRECT CORP., <br>                      *Plaintiffs*, <br><br> v. <br><br> VOLVO AB, <br> VOLVO GROUP NORTH AMERICA, LLC, <br> VOLVO CAR CORPORATION, <br> VOLVO CONSTRUCTION EQUIPMENT <br> NORTH AMERICA, LLC, <br> VFS US, LLC, <br> VOLVO PENTA OF THE AMERICAS, LLC, <br> VOLVO FINANCIAL SERVICES, LLC, and <br> VOLVO CAR USA, LLC, <br><br>                      *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:17-cv-03735 <br><br> Hon. Thomas M. Durkin <br><br> **Jury Trial Demanded** |

## NOTICE OF MOTION TO DISMISS PLAINTIFFS' CORRECTED SECOND AMENDED COMPLAINT

PLEASE TAKE NOTICE that on Monday, January 22, 2018 at 9:00 AM, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Thomas M. Durkin, or any other person sitting in his place, in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present a copy of Defendants' Motion to Dismiss Plaintiffs' Corrected Second Amended Complaint, which is hereby served upon you.

Dated:  January 17, 2018                              Respectfully submitted,

1

|  |  |
|---|---|
|  | <u>/s/ Steven E. Jedlinski</u> |
|  | Steven E. Jedlinski<br>Anthony J. Fuga<br>HOLLAND & KNIGHT LLP<br>131 South Dearborn Street<br>30th floor<br>Chicago, IL 60603<br>Tel: (312) 263-3600<br>Fax: (312) 578-6666<br>steven.jedlinski@hklaw.com<br>anthony.fuga@hklaw.com |
|  | *Attorneys for Defendants AB Volvo, Volvo Group North America LLC, Volvo Construction Equipment North America, LLC, VFS US, LLC, Volvo Penta Of The Americas, LLC, and Volvo Financial Services, LLC* |
| Date:  January 17, 2018 |  |
|  | <u>/s/ James T. Hultquist</u> |
|  | James T. Hultquist<br>REED SMITH LLP<br>10 South Wacker Drive, 40th Floor<br>Chicago, IL  60606-7507<br>Ph. (312) 207-1000<br>Fax (312) 207-6400<br>*JHultquist@ReedSmith.com* |
|  | Robert N. Phillips<br>Doyle B. Johnson<br>Ashley L. Shively<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA  94105<br>Ph. (415) 543-8700<br>Fax (415) 391-8269<br>*robphillips@reedsmith.com*<br>*dbjohnson@reedsmith.com*<br>*ashively@reedsmith.com* |
|  | *Attorneys for Defendants*<br>*Volvo Car Corporation and Volvo Car USA, LLC* |

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on January 17, 2018, a true and correct copy of **NOTICE OF MOTION TO DISMISS PLAINTIFFS' CORRECTED SECOND AMENDED COMPLAINT** was electronically filed using the CM/ECF system which will send notification of such filing to the following counsel of record:

Peter S. Lubin     (psl@ditommasolaw.com)
Melissa M. Hunt    (Melisa_Hunt@bertholdtypes.com)
Frank Martinez     (fm@martinezgroup.com)
Andrew C. Murphy    (amurphy@ditommasolaw.com)
Patrick D. Austermuehle    (paustermuehle@ditommasolaw.com)
Vincent L. DiTommaso     (vdt@ditommasolaw.com)

*/s/ Steven E. Jedlinski*
Steven E. Jedlinski

1