**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BERTHOLD L.L.C., <br> BERTHOLD TYPES LTD. and <br> BERTHOLD DIRECT CORP., <br><br> Plaintiffs, <br><br> v. <br><br> VOLVO AB, <br> VOLVO GROUP NORTH AMERICA, LLC, <br> VOLVO CAR CORPORATION, <br> VOLVO CONSTRUCTION EQUIPMENT <br> NORTH AMERICA, LLC, <br> VOLVO PENTA OF THE AMERICAS, LLC, <br> VOLVO FINANCIAL SERVICES, LLC, <br> VFS US, LLC, and <br> VOLVO CAR USA, LLC, <br><br> Defendants. | Case No. 1:17-cv-03735 <br><br> Honorable Thomas M. Durkin <br><br> Magistrate Judge Maria Valdez |

**AGREED MOTION FOR EXTENSION OF TIME TO THE**
**MOTION TO DISMISS BRIEFING SCHEDULE**

Plaintiffs, by their undersigned counsel, and by agreement of the Parties, move to extend the briefing schedule on Defendants' Motion to Dismiss. In support of this motion, Plaintiffs state:

1. Plaintiffs' principals and general counsel will be out of town and traveling the week of February 19, 2018. Plaintiffs Response to Defendants' Motion to Dismiss is due February 20, 2018. Due to their principals' travel schedule, Plaintiffs need an additional 10 days to prepare and file their Response. Plaintiffs also need additional time to prepare the Response because Plaintiffs' counsel needs to obtain an affidavit on German law issues from an attorney in Germany.

2. Defendants' counsel has agreed to Plaintiffs' request for an extension of time. Accordingly, Plaintiffs request that the Court enter the following new briefing schedule on Defendants' Motion to Dismiss:

    A. Plaintiffs' Response to the Motion to Dismiss due on March 2, 2018.

    B. Defendants' Reply in Support of the Motion to Dismiss due on March 16, 2018.

  3. Plaintiffs are submitting a proposed Agreed Order to the Court addressed to its Agreed Order email address containing the new proposed briefing schedule.

  Wherefore Plaintiffs request that this Court grant their Motion for Extension of Time with Plaintiffs' Response to the Motion to Dismiss due on March 2, 2018, and Defendants' Reply due on March 16, 2018.

            BERTHOLD L.L.C., BERTHOLD TYPES
            LTD. and BERTHOLD DIRECT CORP.


            By: /s/ Peter S. Lubin
              One of their Attorneys

| | |
|---|---|
| Peter S. Lubin | Frank Martinez |
| Andrew C. Murphy | The Martinez Group PLLC |
| DiTommaso♦Lubin, P.C. | 55 Poplar Street, Suite 1-D |
| 17W220 22nd St., Suite 410 | Brooklyn, NY 11201 |
| Oakbrook Terrace, IL 60181 | (718) 797-2341 |
| (630) 333-0000 | fm@martinezgroup.com |
| psl@ditommasolaw.com | |
| acm@ditommasolaw.com | |

Melissa M. Hunt
Vice President & General Counsel
Berthold Types Limited
47 West Polk Street, Suite 100-340
Chicago, IL 60605
(312) 493-2517
Melissa_Hunt@bertholdtypes.com

2

**CERTIFICATE OF SERVICE**

    I, Peter S. Lubin, the undersigned attorney, hereby certify that on January 29, 2018, I served a true and correct copy of the foregoing Agreed Motion for Extension of Time to the Motion to Dismiss Briefing Schedule via the Court's CM/ECF system upon all counsel of record.

                                                   /s/ Peter S. Lubin